# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 419 MAL 2016
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
GUILLERMO ALMANZA-GONZALEZ, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.